ACCEPTED
06-15-00097-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/4/2015 9:58:20 AM
DEBBIE AUTREY
CLERK

#CF-14-1377 &
# CF-14-1378

FILED FOR RECORD
at_____o'clock_____m

JUN 02 2015

TERESA BOCKMON
District Clerk, Camp County, Texas
By_____ Deputy

Judge Danny Woodson,

5-20-15

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/4/2015 9:58:20 AM
DEBBIE AUTREY
Clerk

Your Honor I am requesting an appeal on Cause No. CF-14-1377 AND Cause No. CF-14-1378. I am claiming there was Ineffective Assistance of Counsel from Mr. Steven Lawrence Simmons Bar code Number: 00795650 and my waiver of appeal was tainted by Ineffective Assistance Of Counsel. On two seperate occasions Mr. Simmons suggested that I should committ suicide. The night before I was sentenced in your court he came to my cell and during our conversation he suggested for the second time during counsel that I should kill myself. In the early hours of the next morning on March 17, 2014 I attempted suicide and was rushed to E.T.M.C. At 9:01 Am 3-17-2014 I was discharged and taken directly to your court room. I was still bleeding through my bandages when I was before you. Your Honor my Lawyer was negotiating in bad faith and I was not in the right state of mind because of my suicide attempt and also I was under the influence of narcotics, several mgs of Klonopin and also several hundred mgs of Neurontins. To enter into a contract in a criminal setting should not have been allowed by my Attorney that morning of 3-17-2014. On these allegations I am requesting an appeal.

Thank you and God Bless,

Steven Schade

Steven Schade

my address: Steven Schade #1912948
Polunsky Unit
3872 F.M. 350 S.
Livingston, Tx. 77351

#CF-14-1377

#CF-14-1378

FILED FOR RECORD
at_____o'clock____m

JUN 02 2015

TERESA BOCKMON
District Clerk, Camp County, Texas
By_____Deputy

Steven Schafer 1912948
Polunsky Unit
3872 F.M. 350 S.
Livingston, Tx. 77351



SHREVEPORT LA 710

01 JUN 2015 PM 2 L

CF-14-1377 ℅
CF-14-1378

att: Judge Danny Woodson
Camp County Courthouse
126 Church Street
Pittsburg, Tx. 75686

75686135578

FILED FOR RECORD
at_____o'clock_____m

THE STATE OF TEXAS                         §        IN THE 76TH DISTRICT MAR 17 2014

V.                                         §
                                           §        COURT      TERESA BOCKMON
                                           §                   District Clerk, Camp County, Texas
STEVEN MARLIN SCHADE                        §        CAMP COUNTY, TEXAS      By_____ Deput
                                           §
STATE ID NO.: TX                           §

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. DANNY WOODSON | Date Judgment Entered: | 3/17/2014 |
| Attorney for State: | CHARLES C. BAILEY | Attorney for Defendant: | STEVEN L. SIMMONS |

Offense for which Defendant Convicted:
AGGRAVATED ROBBERY

| | |
|---|---|
| Charging Instrument: INDICTMENT | Statute for Offense: 29.03 Penal Code |

Date of Offense:
1/14/2014

| | | |
|---|---|---|
| Degree of Offense: 1ST DEGREE FELONY | Plea to Offense: GUILTY | Findings on Deadly Weapon: YES, A FIREARM |

Terms of Plea Bargain:
TWENTY (20) YEARS CONFINEMENT, INSTITUTIONAL DIVISION, TDCJ

| | | | |
|---|---|---|---|
| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| | |
|---|---|
| Date Sentence Imposed: 3/17/2014 | Date Sentence to Commence: 3/17/2014 |

Punishment and Place of Confinement: TWENTY (20) YEARS INSTITUTIONAL DIVISION, TDCJ

THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR

| Fine: $ N/A | Court Costs: $ TO BE DETERMINED | Restitution: $ TO BE DETERMINED | Restitution Payable to: ☒ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

☒ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was                 .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | | | | |
|---|---|---|---|---|---|---|
| Time Credited: | From 1/15/2014 to 3/17/2014 | From      to | From      to | | | |
| | From      to | From      to | From      to | | | |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | | | | |

DAYS  NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Camp County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and

entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

Punishment Options (select one)

☒ Confinement in State Jail or Institutional Division. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the        . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ County Jail—Confinement / Confinement in Lieu of Payment. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of        County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the        . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ Fine Only Payment. The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the        County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

Signed and entered on March 17, 2014

X _____

HON. DANNY WOODSON
JUDGE PRESIDING

Clerk:

Right Thumbprint